## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–2 | User: admin | Date Created: 08/13/2018 |
| Case: 18–21171–jra | Form ID: B318 | Total: 61 |

**Recipients of Notice of Electronic Filing:**
tr     Stacia L. Yoon     bankruptcysylaw@comcast.net
aty    Philip Katich     gloyeskilawvalpo@hotmail.com

                                                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Natalie Vera Marsenic | 915 East 40th Avenue    Griffith, IN 46319 |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| smg | Indiana Employment Security Division | 10 North Senate Street    Indianapolis, IN 46204 |
| 14347636 | Alcoa Billing | 3429 Regal Dr.    Alcoa, TN 37701 |
| 14347637 | Ashley Furniture | 1550 E. Lincoln Highway    Merrillville, IN 46410 |
| 14347639 | BROADMOOR COUNTRY CLUB APARTMENTS | C/O TERENCE G. TRAPANE    9111 BROADWAY STE DD    Merrillville, IN 46410 |
| 14347638 | Broadmoor Country Club Apartments | 3944 W. 77th Place    Merrillville, IN 46410 |
| 14347642 | CAREPOINTE, PC | 99 E 86TH AVE    STE A    Merrillville, IN 46410 |
| 14347643 | CHILDREN'S DENTAL CENTER | 7863 Broadway #111    Merrillville, IN 46410 |
| 14347644 | CHOICE RECOVERY, INC | 1550 OLD HENDERSON RD STE S100    Columbus, OH 43220–3662 |
| 14347640 | Cadence Health | PO Box 739    Moline, IL 61265 |
| 14347641 | Capital One | PO Box 30281    Salt Lake City, UT 84130–0281 |
| 14347645 | Citicards CBNA | PO Box 6241    Sioux Falls, SD 57117 |
| 14347646 | Comcast | P.O. Bo 3001    Southeastern, PA 19398 |
| 14347647 | Comenity Bank/VCTRSSEC | PO Box 182789    Columbus, OH 43218–2789 |
| 14347648 | Community Care Network | 9660 Wicker Avenue    Saint John, IN 46373 |
| 14347649 | Convergent Outsourcing | 500 SW 7th St    Building A 100    Renton, WA 98055–2983 |
| 14347650 | Discover Financial Svcs | PO Box 15316    Wilmington, DE 19850–5316 |
| 14347651 | Elizabeth A. Hughes | 661 Glenn Avenue    Wheeling, IL 60090 |
| 14347652 | FIRST NATIONAL COLLECTION BUREAU, INC | 610 Waltham Way    Sparks, NV 89434 |
| 14347654 | FRIENDLY DENTAL CARE | C/O CHOICE RECOVERY    PO BOX 20790    Columbus, OH 43220 |
| 14347653 | Ford Motor Company | 150 West Market St.    Indianapolis, IN 46204 |
| 14347655 | GALAXY ASSET PRUCHASING | 726 EXCHANGE STREET SUITE 700    Buffalo, NY 14210 |
| 14347656 | Griffith High School | 600 N. Wiggs Street    Griffith, IN 46319 |
| 14347658 | HSBC Card Services III Inc | c/o Portfolio Recovery    120 Corporate Blvd    Norfolk, VA 23502 |
| 14347659 | HYUNDAI MOTOR FINANCE | PO BOX 20835    Fountain Valley, CA 92728 |
| 14347657 | Hammond City Court | 5925 Calumet Ave.    Hammond, IN 46320 |
| 14348510 | Indiana Department of Revenue | Bankruptcy Section – MS 108    100 North Senate Avenue, N240    Indianapolis IN 46204 |
| 14347660 | Indiana Department of Revenue | PO Box 595    Indianapolis, IN 46206 |
| 14347661 | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101 |
| 14347663 | Jefferson Capital Systems | 16 McLeland Rd    Saint Cloud, MN 56303 |
| 14347664 | KOHLS DEPARTMENT STORE | PO BOX 3115    Milwaukee, WI 53201 |
| 14347665 | KOMYATTE & CASBON P.C. | DONNA SHARP COLL DEPT.    9650 GORDON DR    Highland, IN 46322 |
| 14348509 | Lake County Treasurer | Attention: Bankruptcy Clerk    2293 North Main Street    Crown Point IN 46307 |
| 14347666 | MEA – Munster L.L.C. | PO Box 5956    Carol Stream, IL 60197 |
| 14347667 | Merrick Bank | PO Box 1500    Draper, UT 84020 |
| 14347668 | Munster Radiology Group | 9201 Calumet Ave.    Munster, IN 46321–2807 |
| 14347669 | Nationwide Credit & Collection, Inc. | 815 Commerce Dr., Ste 100    Oak Brook, IL 60523 |
| 14347670 | Northstar Anesthesia of Indiana LLC | P.O. Box 1259 Dept. 92667    Oaks, PA 19456 |
| 14347671 | Portfolio Recovery | 120 Corporate Boulevard Suite 100    Norfolk, VA 23502 |
| 14347672 | Premiere Credit of North America, LLC | PO Box 19309    Indianapolis, IN 46219 |
| 14347675 | SHELTER INSURANCE COMPANIES | PO BOX 6007    Columbia, MO 65205 |
| 14347680 | SYNCB/ TOYS R US | PO BOX 965001    Palm Bay, FL 32906 |
| 14347681 | SYNCB/JC PENNEY | PO BOX 965007    Orlando, FL 32896 |
| 14347682 | SYNCB/TJX CO DC | PO BOX 965015    Orlando, FL 32896 |
| 14347683 | SYNCB/WAL–MART | c/o PRA Receivables Management LLC    PO BOX 41021    Norfolk, VA 23541 |
| 14347673 | Santander Consumer USA | PO Box 961245    Fort Worth, TX 76161–0244 |
| 14347674 | Shannon L. Noder | 8001 Broadway Suite 400    Merrillville, IN 46410 |
| 14347676 | Sheriff of Lake County | 2293 N. Main Street    Crown Point, IN 46307 |
| 14347677 | Statewide Credit Association | 6957 Hillsdale Ct.    Indianapolis, IN 46250–2054 |
| 14347678 | Super. Ct. Civ. Div.–Civil–Gary–RM 3–D03 | 15 W. 4th Avenue    Gary, IN 46402 |
| 14347679 | Superior Court Crown Point | 2293 N Main St    Crown Point, IN 46307 |
| 14347684 | Synergetic Communication, Inc | 5450 N.W. Central #220    Houston, TX 77092–2016 |
| 14347685 | THOMAS BURRIS | 8605 BROADWAY    Merrillville, IN 46410 |
| 14347686 | Tom & Sherry Orton | c/o Hammond City Court    5925 Calumet Avenue    Hammond, IN 46320 |
| 14347687 | United Credit National Bank | 2200 East Benson Road    Sioux Falls, SD 57104 |

| | | | |
|---|---|---|---|
| 14347688 | Woodforest National Bank | PO Box 7889 | The Woodlands, TX 77387 |
| 14347689 | Xfinity | 844 169th Street | Hammond, IN 46324–2036 |
| 14347662 | iQuantified Management Services | 2821 S. Parker Road Suite 305 | Aurora, CO 80014–2748 |

TOTAL: 59